Eric Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Hwy, Suite 200
Edison, NJ  08817
732-248-4200
732-248-2355
harrison@methwerb.com
 Attorneys for Middletown Township Public Schools, Mary Ellen Walker, Eric Harrison, Michelle Tiedemann, Marian Enny, Joan Minnuies, Frank Capone, Leonora Caminiti, Michael Donlon, Thomas Giaimo, John Little, Harmony Barry Heffernan, Jacqueline Tobacco, Kate Farley
Our File No.  90906 ELH

| | |
|---|---|
| RACHEL ALINTOFF O/B/O H.A.<br><br>         Plaintiff,<br><br>V.<br><br>CARL V. BUCK, III, MIDDLETOWN TOWNSHIP PUBLIC SCHOOLS, MARY ELLEN WALKER, ERIC HARRISION, MICHELLE TIEDEMANN, MARIAN ENNY, JOHN MINNUIES, FRANK CAPONE, LEONORA CAMINITI, MICHAEL DONLON, THOMAS GIAIMO, JOHN LITTLE, HARMONY BARRY HEFFERNAN, JACQUELINE TOBACCO, KATE FARLEY AND DEBORAH WRIGHT<br><br>         Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 3:22-CV-00981-ZNQ-TJB<br><br>**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO F.R.CIV.P. 11** |

**TO:   UNITED STATES DISTRICT COURT, ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned hereby applies to the above named Court  for an Order awarding Rule 11 Sanctions

                                       **METHFESSEL & WERBEL, ESQS.**
                                       Attorneys for Defendants

                                       By:_____
DATED: July 18, 2023                            Eric Harrison